# EXHIBIT  6

EAGAR LLC
138 Claflin Street
Belmont, MA 02478
617-253-3229
Eagar@MaterialsEng.com

Member of



Materials and Engineering Group LLC:

• M.C. Balmforth, MS, PE, CWI
• S.C. Bellemare, PhD, PE
• T.W. Eagar, ScD, PE

www.MaterialsEng.com

November 19, 2012

Law Offices of Stephen R. Paul, PLLC
P. O. Box 16099
Chapel Hill, North Carolina 27516

Attention:    L. Skye MacLeod

RE:    State Farm Fire and Casualty Company, a/s/o
       Christopher Taylor v. Louisiana Pacific Corporation

Dear Ms. MacLeod,

At your request, I have reviewed the reports of Goodson Engineering and ESI in the above referenced matter, wherein it is claimed that the Louisiana Pacific TechShield Radiant Barrier "does not assure or increase the likelihood that a fire will occur in the eventuality that a residential structure is struck by lightning" [ESI report, p.10] and "LP TechShield does not present an increased risk of lightning related fire when lightning strikes a home in which it is installed" [Goodson Engineering report, p.5]. It was requested that I evaluate the scientific bases for these opinions and whether the scientific methodology which was used was proper.

In performing my investigation, I reviewed the following materials:

1.    Goodson Engineering report by Mark Goodson to Mr. Neil Ellis, undated.

2.    ESI report by Dennis Scardino to Ellis and Anthony, undated.

3.    Triad Associates, Inc. report by Dr. Gary M. Richetto, dated October 13, 2012.

4.    Element Analytical reports by J. Robert McGraw, Jr. dated August 22, 2012 and November 6, 2012.

5.    R.D. Simmons, E.M. Benstock, "A Strange New Source of Structural Fire Ignition."

6.   P. Farrey, "Radiant Energy Transfer and Radiant Barrier Systems in Buildings," Florida Solar Energy Center Publication No. FSEC-DN-6-86.

7.   NFPA 921 Sections 14.1 and 14.9 through 14.12.2.

8.   "Reflective Radiant Barriers – Energy Saving Wonder or Disaster Waiting to Happen?," McDowell Owens Engineering, Kingswood, Texas.

9.   RIMA International Technical Bulletin #108.

10.  LP TechShield MSDS 11/08/07.

11.  LP TechShield Installation Instructions 12/18/10.

12.  LP TechShield Warranty.

13.  Vaisala STRIKEnet report 328577 for August 29, 2011.

14.  Intertek Test Report No. 100544731SAT – 001A dated October 31, 2011.

15,  Stereomicrographs and SEM of copper wires performed at Goodson Engineering.


Based upon my investigation, training and education I have made the following observations and I have formed the following conclusions within a reasonable degree of engineering certainty.

1.   Both the ESI report and the Good Engineering report expound at length that lightning can cause fires in residential structures. Based upon this discussion both reports conclude the LP TechShield does **not** increase the hazard of lightning causing a fire in a residential structure. There are several problems with this method of scientific inquiry.

  a.   There is no data, test, experiment, literature, etc. provided that compares the hazard rate of lightning striking OSB versus lightning striking RBS. Thus, there is no basis for the conclusion that this hazard rate for OSB and RBS is the same. ESI and Goodson Engineering have merely stated their hypothesis as a conclusion without testing the hypothesis. This violates the scientific method as outlined in NFPA 921, Chapter 4.

This is the fallacy of a "question-begging epithet" [S.M. Engel, *Fallacies and Pitfalls of Language*, Prentice Hall, 1994, Chapter 11].

b.  Both reports attempt to prove a negative, i.e. that RBS does **not** increase the hazard rate of OSB. Proof of a negative requires either considerable statistical data or eliminate of all potential alternatives. Neither the ESI or Goodson Engineering reports provide any statistical data comparing the hazard rate of RBS and OSB nor a thorough analysis of the potential fire ignition modes when lightning strikes these materials.

c.  Both reports confirm that lightning causes fires and appear to agree that lightning caused this fire. Without any further analysis both conclude that RBS is equivalent to OSB. By claiming knowledge of how lightning ignites OSB, the ESI and Goodson Engineering attribute the same properties of OSB to RBS without any proof, connection or analysis. There is no nexus between the data they present for OSB products and RBS. This is the fallacy of a sweeping or hasty generalization [Engel, Chapter 8].

d.  By focusing most of their reports on the fact that lightning can cause fires, ESI and Goodson Engineering have committed the "irrelevant thesis" fallacy [Engel, Chapter 16]. The question is not whether lightning can cause fires, but whether the presence of the aluminum foil increases the likelihood of a fire. There is no such analysis in either the ESI or the Goodson Engineering reports.

For all the reasons noted above, the methodology of both ERI and Goodson Engineering is scientifically flawed.

2.  There is affirmative evidence from the Taylor residence that the aluminum on the LP TechShield melted [for example see photographs 19 and 23 of the Element Analytical report of August 22, 2012]. Melting of the aluminum foil over such large areas will produce aluminum beads of sufficient size to detach by gravity. The size of the drops are controlled by surface tension forces, gravity forces and any electromagnetic forces if electrical arcs are present [References 1 and 2]. If the melting is caused by resistive heating (as demonstrated by McDowell Owen tests on RBS), the temperature of the aluminum beads (drops) will be greater than the melting point (1200°F) and

less than the boiling point (3000°F). If the melting is caused by arcing, the temperature will be closer to the boiling point [Reference 3]. In either case, the temperature and size of the beads is sufficient to ignite nearby combustibles. Examples (evidence) of such ignition by molten metal beads is provided in NFPA 51B Standard for Fire Prevention During Welding, Cutting and Other Hot Work.

Thus, it is clear that RBS differs from OSB in that RBS can produce molten aluminum beads, whereas OSB, which does not contain aluminum cannot produce aluminum beads. On this basis alone LP TechShield RBS is most assuredly different than OSB, and these differences were observed by melting and beading of the aluminum foil on the RBS in the attic of the Taylor residence. RBS is more hazardous than OSB when struck by lightning because the aluminum can (and did) melt and the molten metal can drop by gravity onto highly combustible materials such as the Styrofoam vents that were immediately below the LP TechShield.

Photograph 23 from the Element Analytical report of August 22, 2012 confirms that the lightning produced arcing which led to melting of the aluminum foil on the LP TechShield. This photograph shows the steel exhaust vent penetrating the RBS with localized melting of the foil several inches distant from the penetration. Such arcing would be initiated by the localized contact between the foil and the exhaust vent [Reference 4] and the arc would have been sustained to a distance of several inches from the initial point of contact by the high voltages in the lightning event.

3.  By placing a metal foil in the roof cover of the building, the manufacturer of LP TechShield created a poor man's Lightning Protection System (LPS). An LPS is a metallic shield (Faraday cage) which rearranges the static electric field created by the lightning storm [References 5 and 6]. Metallic conductors that reach above the house, such as the stainless steel chimney cap or the peak of an RBS roof, act as air terminals to attract the lightning. These principles are described in NFPA 780 and References 5 and 6. This ability to act as an air terminal is a feature of RBS that does not exist in OSB.

The problem is that the aluminum foil is too thin to act as a down conductor the lightning current to ground [NFPA 780 Table 4.1.1.1.1]. According to the NFPA, aluminum down conductors must be 1.63 millimeters thick, whereas the foil on the RBS is 0.01 mm thick or stated in the reverse, RBS is just too thin to serve as a down conductor in the LPS that is designed into the RBS by

the manufacturer. LP TechShield violates the known scientific requirements of NFPA 780. On this basis it is not fit for its purpose, whether that purpose was intentional or not. LP TechShield is a defective product.

## CONCLUSION

The methodology used by ESI and Goodson Engineering to conclude that RBS and OSB do not differ in their response to lightning was scientifically flawed. The analyses presented herein concerning arcing and melting of the aluminum foil in the RBS during a lightning strike, as well as the propensity of the RBS to serve as an air terminal and a down conductor in an unintentional LPS, are based upon known scientific principles described in various NFPA documents. These principles demonstrate that RBS is indeed more hazardous than OSB when assaulted by lightning, contrary to the unsupported assertions of ESI and Goodson Engineering. While the extensive use of RBS is relatively recent and there is insufficient statistical data to establish the relative hazard rate of RBS versus OSB, the question with respect to the Taylor residence is whether the LP TechShield demonstrates the damage and the location with respect to the fire origin such that a reasonable person could conclude that the presence of the foil backing on the RBS contributed to the fire. Statistics are not possible, nor are they relevant to a single building. The proper question is whether the LP TechShield contributed to ignition of the fire at the Taylor residence. That is a factual question that must be determined by others.

Sincerely yours,

Thomas W. Eagar

jh

# REFERENCES

1. J.F. Lancaster, *The Physics of Welding*, 2nd Edition, Pergamon Press, 1986, Chapter 3, Section 3.7.1

2. Y.S. Kim and T.W. Eagar, "Analysis of Metal Transfer in Gas Metal Arc Welding," *Welding Journal*, 1993, p.269s – 276s

3. A. Block-Bolten and T.W. Eagar, "Metal Vaporization from Weld Pools," Metallurgical Transactions Volume 15B, 1984, p.461

4. R. Holm, *Electric Contacts*, 4th Edition, Springer Verlag, 1967

5. V.A. Rakov and M.A. Uman, *Lightning*, Cambridge University Press, 2003

6. M.A. Uman, *The Art and Science of Lightning Protection*, Cambridge University Press, 2008

# THOMAS W. EAGAR

MIT, Room 4-136
77 Massachusetts Ave
Cambridge, MA 02139
Voice: (617) 253-3229
FAX: (617) 252-1773 (MIT)
tweagar@mit.edu

Home:
138 Claflin St.
Belmont, MA 02478
(617) 484-0571
FAX: (617) 484-3845

## PROFESSIONAL INTERESTS:

Materials processing and manufacturing; special interests in welding and joining of metals, ceramics and electronic materials; deformation processing; alternate manufacturing processes; manufacturing management; materials systems analysis; selection of materials and failure analysis.

## EDUCATION:

S.B.    Metallurgy and Materials Science,
            Massachusetts Institute of Technology, 1972
Sc.D.   Metallurgy, Massachusetts Institute of Technology, 1975
---      Business Administration, Lehigh University, 1975-76
---      Program for Senior Executives, Sloan School of Management,
            Massachusetts Institute of Technology, 1988

## EMPLOYMENT:

Bethlehem Steel Corporation
            Homer Research Laboratories
                        Research Engineer, 1974-1976
Massachusetts Institute of Technology
            Department of Materials Science and Engineering
                        Assistant Professor of Materials Engineering, 1976-1980
                        Associate Professor of Materials Engineering, 1980-1987
US Office of Naval Research - Tokyo
            Liaison Scientist, 1984-1985
Massachusetts Institute of Technology
            Professor of Materials Engineering, 1987–
            Professor of Engineering Systems, 2000-
            Leaders for Manufacturing Professor, 1988-1993
            Department Head, Materials Science and Engineering (Acting), March 1989
                –August, 1989

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 8 of 41

Richard P. Simmons Professor of Materials Engineering, 1990-1993
Director, Materials Processing Center, 1991-1993
POSCO Professor of Materials Engineering, 1993-1999
Co-Director, Leaders for Manufacturing Program, 1993-1995
Department Head, Materials Science & Engineering, 1995-2000
Thomas Lord Professor of Materials Engineering and Engineering Systems, 2001-2005
Professor of Materials Engineering and Engineering Systems, 2005-

## HONORS AND AWARDS:

International Junior Civitan of the Year, 1968
Dennison K. Bullens Scholarship, 1969-1971
Foundry Educational Foundation Scholarship, 1970-1971
Phi Lambda Upsilon, Member 1971
Tau Beta Pi, Member, 1971; Distinguished Service Award, 1980
National Science Foundation Graduate Fellowship, 1972-1974
Metallurgy and Materials Prize, Boston Section AIME, 1972
Adams Memorial Membership Award, American Welding Society, 1979-1983
Charles H. Jennings Memorial Medal, American Welding Society, 1983, 1991, 2003
Champion H. Mathewson Gold Medal, TMS-AIME, 1987
Henry Krumb Lecturer, TMS/SME-AIME, 1987
National Science Foundation Creativity Extension Award, 1988-1990
ASM International, Fellow, 1989
Houdremont Lecturer, International Institute of Welding, 1990
Warren F. Savage Award, American Welding Society, 1990, 1996
William Spraragen Award, American Welding Society, 1990, 1993
Comfort A. Adams Lecturer, American Welding Society, 1992
Henry Marion Howe Medal, ASM International, 1992
William Irrgang Award, American Welding Society, 1993
Leaders for Manufacturing Professorship, 1988-1993
Richard P. Simmons Professorship, 1990-1993
POSCO Professorship, 1993-1999
Thomas Lord Professorship, 2001-2005
American Welding Society, Fellow, 1994, Honorary Member, 1999
Nelson W. Taylor Lecturer, Pennsylvania State University, 1995
National Academy of Engineering, 1997
General Electric Distinguished Lecture, Rensselaer Polytechnic Institute, 2001
Silver Quill Award, American Welding Society, 2002
American Association for the Advancement of Science, Fellow, 2003
College of Engineering and Technology, Lecturer, Brigham Young University, 2004
MIT Naval Construction and Engineering Graduate Program Award, 2007
Plummer Lecturer, American Welding Society, 2008

## ACTIVITIES:

National Academy of Engineering, Member, Nominating Committee Member
American Welding Society, Fellow and Honorary Member; *Welding Journal*, Principal Reviewer;

2

Professional Certification Committee
ASM International, Fellow
American Institute of Mining, Metallurgical and Petroleum Engineers, Member
Tau Beta Pi, Member, New England District Director 1977-1980, MIT
        Chapter Advisor, 1977- 2001, Chief Advisor, 2002 -
American Association for the Advancement of Science, Fellow; Member, Electorate Nominating
        Committee, 2006-2009
Society of Automotive Engineers, Member
American Society of Mechanical Engineers, Member
American Society for Testing and Materials, Member
Registered Professional Engineer, Massachusetts Certificate Number 29726
Editorial Board, *Science and Technology of Welding and Joining*


## SERVICE ON NATIONAL AND INTERNATIONAL LEVEL

National Research Council:
SR-1256 – Project Advisory Committee for Investigation of Steels for Improved Weldability in
Ship Construction, member, 1978-1983
Unit Manufacturing Process Research Committee, member, 1991-1995
Department of Energy Panel on Integrated Manufacturing, member, 1994, 1996
Panel for Materials Science and Engineering, member, 1991-1996
Panel on Structural and Multifunctional Materials, 2000-2001
National Materials Advisory Board, 1998-2002
Committee on Future Needs in Deep Submergence Science, 2003-2004
Committee on New Directions in Manufacturing, 2002-2004
Board on Manufacturing and Engineering Design, 2003-2005
Advanced Technical Institute, Project Technical Representative, 2004-2006
Committee on Air Force/Department of Defense Aerospace Propulsion, 2005-2006
Panel on Armor and Armaments, 2007 -
Panel on Manufacturing Related Programs at NIST, 2011-2012

MIT Lincoln Laboratory – Red Team – Haystack W-Band Radar Upgrade, 2005-2006

U.S. Congress:
Manufacturing R&D: How Can the Federal Government Help? – Testimony before the
Subcommittee on Environment, Technology and Standards, Committee on Science, U.S. House
of Representatives, 108th Congress June 5, 2003

U.S. Department of Energy:
Idaho National Engineering Laboratory, Review of Materials Research Program, 1999
Oak Ridge National Laboratory, Review Panel, Division of Metals, Ceramics and Engineering,
2002
Sandia National Laboratories, Materials Science and Technology External Advisory Panel, 2005-2007

State of Ohio: Ohio State Board of Regents, Review Panel, Capital Equipment Funding, 1999
Province of Ontario, Canada: External Examiner, Doctoral Thesis of Wen Tan, 2004

3

University of Porto, Portugal: Doctoral Thesis Committee of Sergio Tavares, 2009
State of Indiana, 21st Century Research and Technology Fund, Project Review 2009
Jadavpur University, Kolkata, India External Examiner of Joydeep Maity, 2009

State of Massachusetts: Technical Advisor, State Plumbing Board

## TEACHING EXPERIENCE:

| Undergraduate: | Graduate: | Professional: |
|---|---|---|
| Thermodynamics | Kinetics | Materials Selection |
| Chemical Metallurgy | Thermodynamics | Welding and Joining Processes |
| Physical Metallurgy | Deformation Processing | Failure Analysis |
| Materials Processing | Welding and Joining | Non-destructive Testing |
| Solid State Chemistry | Processes | |
| Physical Chemistry | Materials Selection | |
| Essentials of Engineering | Product Design | |
| Colossal Failures in Eng'g | Case Studies in Naval Ship | |
| | Construction Maintenance and Repair | |

## PUBLICATIONS:

1. "Metallurgical Considerations for Optimizing the Superconducting Properties of $Nb_3Al$," J.G. Kohr, T.W. Eagar, and R.M. Rose, *Metall. Trans.*, *3(5)*, 1177, 1972.

2. "Preliminary Measurements of the Critical Current Density of $Nb_3Al_{0.8}Ge_{0.2}$ Ribbon", R. Loberg, T. W. Eagar, I. M. Puffer, R. M. Rose, in *Proc of Fourth Int. Conf. on Magnet Technology*, Brookhaven National Lab, 1972.

3. "Fabrication and Jc(H,T) Measurements on $Nb_3Al_{.75}Ge_{.25}$ Ribbon," R. Loberg, T.W. Eagar, I.M. Puffer and R.M. Rose, *Appl. Phys. L.*, *22(2)*, 69, 1973.

4. "Resistive Measurements on an Improved NbAlGe Superconducting Ribbon," T.W. Eagar and R.M. Rose, *IEEE Nucl. S., NS-20 (3)*, 742, 1973.

5. "Improved Jc in Mechanically Fabricated $Nb_3Al$ Wires and Ribbons," T.W. Eagar and R.M. Rose, *IEEE Magnet., Mag-11(2)*, 214, 1975.

6. "LNG Hull Steels with Improved High Heat Input Weldability," T.W. Eagar and J.C. Baker, ASM-ASTM-MPC Symposium on Low Temperature Properties of Ship Plate, 1976.

7. "Sources of Weld Metal Oxygen Contamination During Submerged Arc Welding," T.W. Eagar, *Welding J., 57(3)*, 76s, 1978.

8. "Electromagnetically and Thermally Driven Flow Phenomena in Electroslag Welding," A.H. Dilawari, J. Szekely and T.W. Eagar, *Metall. Trans.*, *9B(9)*, 371, 1978.

4

9.    "An Analysis of Heat and Fluid Flow Phenomena in Electroslag Welding," A.H. Dilawari, T.W. Eagar and J. Szekely, *Welding J., 57(1)*, 24s, 1978.

10.   "A Mathematical Model of Heat and Fluid Flow Phenomena in Electroslag Welding," J. Szekely and T.W. Eagar, in *Proc. of IIW Coll. on Applications of Numerical Techniques in Welding*, Dublin, Ire., 1, 1978.

11.   "Oxygen and Nitrogen Contamination During Arc Welding" T.W. Eagar, in *Proc. of Welding-Physical Metallurgy and Failure Phenomena*, R.J. Cristoffel, ed., General Electric, Schenectady, NY, 31, 1979.

12.   "The Analysis of Magnetohydrodynamics and Plasma Dynamics in Metals Processing Operations," C.W. Chang, J. Szekely, and T.W. Eagar, in *Proc. of the Sagamore Conf. on Recent Advances in Metals Processing*, 1, 1977.

13.   "On the Micromechanics of Multifilamentary Superconducting Composites," S.F. Cogan, D.S. Holmes, I.M. Puffer, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1)*, 684, 1979.

14.   "Superconducting Cu-$Nb_3Sn$ Composites Produced by Cold Extrusion of Fine Powders," R. Flukiger, S. Foner, E.J. McNiff Jr., B.B. Schwartz, J. Adams, S. Forman, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1)*, 689, 1979.

15.   "The Modelling of Gas Velocity Fields in Welding Arcs," C.W. Chang, T.W. Eagar and J. Szekely, *Arc Physics and Weld Pool Behavior*, The Welding Institute, Cambridge, Eng., 381, 1980.

16.   "Ductility of Stabilized Ferritic Stainless Steel Welds," G.B. Hunter and T.W. Eagar, *Metall. Trans., 11A(2)*, 213, 1980.

17.   "The Effect of SAW Parameters on Weld Metal Chemistry," C.S. Chai and T.W. Eagar, *Welding J., 59(3)*, 93s, 1980.

18.   "Heat Generation Patterns and Temperature Profiles in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Metall. Trans., 11B(12)*, 593, 1980.

19.   "Temperature Profiles, the Size of the Heat Affected Zone and Dilution in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Mat. Sci. Eng., 56(2)*, 181, 1982.

20.   "Oxygen and Nitrogen Contamination During Submerged Arc Welding of Titanium," T.W. Eagar, in *Proc. of the Int. Conf. on Welding Research in the 1980's*, Osaka University, Osaka, Japan, 113, 1980.

21.   "Slag-metal Equilibrium During Submerged Arc Welding," C.S. Chai and T.W. Eagar, *Metall. Trans., 12B(3)*, 539, 1981.

5

22. "Automated Welding--Research Needs," T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 487, 1981.

23. "Mathematical Modeling of the Temperature Profiles and Weld Dilution in Electroslag Welding of Steel Plates," T. DebRoy, J. Szekely and T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 197, 1981.

24. "Physics of Arc Welding," T.W. Eagar, in *AIP/AISI Conf. on Applications of Physics in the Steel Industry*, AIP, New York, 272, 1981.

25. "Slag-Metal Reactions in Binary CaF2-Metal Oxide Welding Fluxes," C.S. Chai and T.W. Eagar, *Welding J., 61(7)*, 229s, 1982.

26. "The Effect of Electrical Resistance on Nugget Formation During Spot Welding," J.G. Kaiser, G.J. Dunn and T.W. Eagar, *Welding J., 61(6)*, 167s, 1982.

27. "High Cycle Fatigue of Weld Repaired Cast Ti-6Al-4V," G.B. Hunter, F.S. Hodi and T.W. Eagar, *Metall. Trans., 13A(9)*, 1589, 1982.

28. "A Parametric Study of the Electroslag Welding Process," W.S. Ricci and T.W. Eagar, *Welding J., 61(12)*, 397s, 1982.

29. "Selective Evaporation of Metals From Weld Pools," A. Block-Bolten and T.W. Eagar, *Trends in Welding Research in the United States*, S.A. David, ed., ASM International, Metals Park, OH, 53, 1982.

30. "Laser Welding of Aluminum and Aluminum Alloys," C.A. Huntington and T.W. Eagar, *Welding J., 62(4)*, 105, 1983.

31. "Measurements of the Force Exerted by a Welding Arc," T.D. Burleigh and T.W. Eagar, *Metall. Trans., 14A(6)*, 1223, 1983.

32. "Changes of Weld Pool Shape by Variations in the Distribution of Heat Source in Arc Welding," N.S. Tsai and T.W. Eagar, in *Modelling of Casting and Welding Processes II*, J.A. Dantzig and J.T. Berry, eds., AIME, New York, 317, 1984.

33. "Comparison of Theoretically Predicted and Experimentally Determined Submerged Arc Weld Deposit Compositions," U. Mitra, R.D. Sutton, and T.W. Eagar, *Metall. Trans., 14B(9)*, 510, 1983.

34. "Slag Metal Reactions During Submerged Arc Welding of Alloy Steels," U. Mitra and T.W. Eagar, *Metall. Trans., 15A(1)*, 217, 1983.

35. "Convection in Arc Weld Pools," G.M. Oreper, T.W. Eagar, and J. Szekely, *Welding J., 62(11)*, 307, 1983.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 13 of 41

36. "Temperature Fields Produced by Travelling Distributed Heat Sources," N.S. Tsai and T.W. Eagar, *Welding J., 62(12)*, 346s, 1983.

37. "Influence of Surface Depression and Convection on Arc Weld Pool Geometry," M.L. Lin and T.W. Eagar, in *Transport Phenomena in Material Processing*, PED, Vol. 10/HTD, 29, M.M. Chen, J. Mazumder, and C.L. Tucker III, eds., ASME, New York, 63, 1983.

38. "Metal Vaporization From Weld Pools," A. Block-Bolten and T.W. Eagar, *Metall. Trans., 15B(3)*, 461, 1984.

39. "Prediction of Weld Metal Composition During Flux Shielded Welding," C.S. Chai and T.W. Eagar, *J. Mat. Energy Sys., 5(3)*, 160, 1983.

40. "Selection of Processes for Welding Steel Rails," N.S. Tsai and T.W. Eagar, *Railroad Rail Welding*, Railway Systems and Management Assoc., Northfield, NJ, 421, 1985.

41. "Metallurgical and Process Variables Affecting The Resistance Spot Weldability of Galvanized Sheet Steels," S.A. Gedeon, D. Schrock, J. LaPointe, T.W. Eagar, SAE Technical Paper 840113, Warrendale, PA, 1984.

42. "Distribution of the Heat and Current Fluxes in Gas Tungsten Arcs," N.S. Tsai and T.W. Eagar, *Metall. Trans., 16B(4)*, 841, 1985.

43. "The Size of the Sensitization Zone in 304 Stainless Steel Welds," N.S. Tsai and T.W. Eagar, *J. Mat. Energy Sys., 6(1)*, 33, 1984.

44. "A Method of Filming Metal Transfer in Welding," C.D. Allemand, R. Schoeder, D.E. Ries and T.W. Eagar, *Welding J., 64(1)*, 45, 1985.

45. "Influence of Arc Pressure on Weld Pool Geometry," M.L. Lin and T.W. Eagar, *Welding J., 64(6)*, 163s, 1985.

46. "Slag Metal Reactions During Submerged Arc Welding of Steel," U. Mitra and T.W. Eagar, in *Proc. of Int. Conf. on Quality and Reliability in Welding*, 2, Chinese Mech. Eng. Soc., Harbin, PRC, B.24.1, 1984.

47. "An Improved Method of Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, in *Thermosense VII, Proc. SPIE 520*, SPIE, Bellingham, WA, 40, 1985.

48. "Multiwavelength Pyrometry: An Improved Method," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 24(6)*, 1081, 1985.

49. "Electron Beam and Laser Materials Processing in Japan," T.W. Eagar, *Welding J., 65(7)*, 19, 1986.

50. "Pressures Produced by Gas Tungsten Arcs," M.L. Lin and T.W. Eagar, *Metall. Trans., 17B(9)*, 601, 1986.

51. "Resistance Spot Welding of Galvanized Steel: Part I, Materials Variations and Process Modifications," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12)*, 879, 1986.

52. "Resistance Spot Welding of Galvanized Steel: Part II, Mechanisms of Spot Weld Nugget Formation," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12)*, 887, 1986.

53. "Measurement of Dynamic Electrical and Mechanical Properties of Resistance Spot Welds," S.A. Gedeon, C.D. Sorensen, K.T. Ulrich, and T.W. Eagar, *Welding J., 66(12)*, 387s, 1987.

54. "Metal Vapors in Gas Tungsten Arcs Part I: Spectroscopy and Monochromatic Photography," G.J. Dunn, C.D. Allemand, and T.W. Eagar, *Metall. Trans., 17A(10)*, 1863, 1986.

55. "Metal Vapors in Gas Tungsten Arcs Part II: Theoretical Calculations of Transport Properties," G.J. Dunn and T.W. Eagar, *Metall. Trans., 17A(10)*, 1871, 1986.

56. "Cinematography of Resistance Spot Welding of Galvanized Steel Sheet," C.T. Lane, C.D. Sorensen, G.B. Hunter, S.A. Gedeon, and T.W. Eagar, *Welding J., 66(9)*, 260s, 1987.

57. "Prototype Device for Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 25(11)*, 1222, 1986.

58. "The Role of Transient Convection in the Melting and Solidification in Arc Weldpools," G.M. Oreper, J. Szekely and T.W. Eagar, *Metall. Trans., 17B(4)*, 735, 1986.

59. "Effects of Surface Depression and Convection in GTA Welding," M.L. Lin and T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 47, 1986.

60. "Digital Signal Processing as a Diagnostic Tool for Gas Tungsten Arc Welding," C.D. Sorensen and T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 467, 1986.

61. "The Physics and Chemistry of Welding Processes," T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 291, 1986.

62. "Non-Uniform Current Distribution in Spot Welding," R. Bowers and T.W. Eagar, in *AWS Sheet Metal Welding Conference*, Detroit, MI, October, 1986.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 15 of 41

63. "Visible Light Emissions During Gas Tungsten Arc Welding and its Applications to Weld Image Improvement," E. Kim, C. Allemand and T.W. Eagar, *Welding J., 66(12)*, 369s, 1987.

64. "The Real Challenge in Materials Engineering," T.W. Eagar, *Technology Review, 90* (2), 24, 1987 (also published in Japanese in Berufu, 43, 1987).

65. "Materials Science and Engineering in the US - Past, Present & Future," T.W. Eagar, *Bulletin of Japan Institute of Metals, 26(2)*, 119, 1987 (Japanese).

66. "The Promise of New Materials - Real or Imaginary," T.W. Eagar, *J. of Metals*, 20, 1987.

67. "Transient Thermal Behavior in Resistance Spot Welding," E.Kim and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference III*, Southfield, MI, 1988.

68. "Brazing Alloy Design for Metal/Ceramic Joints," R.R. Kapoor and T.W. Eagar, *Ceramic Engineering Science Proceedings, 10 (11-12)*, 1613, American Ceramic Society, Westerville, OH, 1989.

69. "Parametric Analysis of Resistance Spot Welding Lobe Curve," E.W. Kim and T. W. Eagar, *SAE 1988 Transactions, J. of Materials, 97(2)*, 1989, SAE paper 880278.

70. "Ceramic-Metal Bonding Research in Japan," T.W. Eagar, *Welding J., 66(11)*, 35, 1987.

71. "Slag-Metal Reactions During Welding - Part I: Evaluation and Reassessment of Existing Theories," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 65, 1991.

72. "Slag-Metal Reactions During Welding - Part II: Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 73, 1991.

73. "Slag-Metal Reactions During Welding - Part III: Experimental Verification of the Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 83, 1991.

74. "Modelling of Oscillations in Partially Penetrated Weld Pools," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 469, 1990.

75. "Measurement of Oscillations in Partially Penetrated Weld Pools Through Spectral Analysis," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 463, 1990.

76. Electrode Geometry in Resistance Spot Welding," R.J. Bowers, C.D. Sorensen and T.W. Eagar, *Welding J., 69(2)*, 45s, 1990.

77. "Assessing Hydrogen Assisted Cracking Fracture Modes in High Strength Steel Weldments," S.A. Gedeon and T.W. Eagar, *Welding J., 69(6)*, 213s, 1990.

9

78.    "Wettability of Silver Based Reactive Metal Brazing Alloys on Alumina," R.R. Kapoor, E.S. Podszus and T.W. Eagar, *Scripta Metallurgica, 22*, 1277, August 1988.

79.    "Oxidation Behavior of Silver and Copper Based Brazing Filler Metals for Silicon Nitride/Metal Joints," R.R. Kapoor and T.W. Eagar, *J. of the American Ceramic Society, 72(3)*, 448, 1989.

80.    "Thermochemical Analysis of Hydrogen Absorption in Welding," S.A. Gedeon and T.W. Eagar, *Welding J., 69(7)*, 264-s, 1990.

81.    "Analyses of Electrode Heat Transfer in Gas Metal Arc Welding," Y-S. Kim, D. McEligot, T.W. Eagar, *Welding J., 70(1)*, 20s, 1991.

82.    "Enhancement of the Weldability in Resistance Welding," C.M. Calva and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference IV*, Southfield, MI, 1990.

83.    "Modelling of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, in *Edison Welding Institute Annual North American Welding Research Seminar*, Columbus, OH, 1988.

84.    "Modeling of Welding Distortion in Complex Structures," A. Moshaiov and T.W. Eagar, *Automation in the Design and Manufacture of Large Marine Systems*, C. Chryssostomidis, ed., Hemisphere Publishing Corporation, New York, 235, 1990.

85.    "Measuring the Residual Ferrite Content of Rapidly Solidified Stainless Steel Alloys," J.W. Elmer and T.W. Eagar, *Welding J., 69(4)*, 141s, 1990.

86.    "Measurement of Transient Temperature Response During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Welding J., 60(8)*, 303s, 1989.

87.    "Microstructural Development During Solidification of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Metall. Trans., 20A(10)*, 2117, 1989.

88.    "Technology Transfer and Cooperative Research in Japan," T.W. Eagar, *Welding J., 39*, 1989.

89.    "Fundamental Aspects of Electroslag Welding of Titanium Alloys," T.W. Eagar, J.H. Devletian, S.J. Chen, W.E. Wood and I.L. Caplan, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 419, 1990.

90.    "The Influence of Cooling Rate on the Ferrite Content of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 165, 1990.

91.    "Non-Contact True Temperature Measurements for Process Diagnostics," M.A. Khan, C.D. Allemand and T.W. Eagar, in *Proc. of Materials Research Society Symposium on Process Diagnostics: Materials, Combustion, Fusion, 117*, 119, 1988.

92.    "Parametric Study of Heat Flow During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Modeling and Control of Casting and Welding Processes IV*, A.F. Giamei and G.J. Abbaschian, eds., TMS, Warrendale, PA, 1988.

93.    "An Iconoclast's View of the Physics of Welding - Rethinking Old Ideas," T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 341, 1990.

94.    "Temperature Distribution and Energy Balance in the Electrode During GMAW," Y-S. Kim and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 13, 1990.

95.    "The Transition from Shallow to Deep Penetration During Electron Beam Welding," J.Elmer, W.H. Giedt and T.W. Eagar, *Welding J., 69(5)*, 167s, 1990.

96.    "Characterization of Spatter in Low Current GMAW of Titanium Plate," S.T. Eickhoff and T.W. Eagar, *Welding J., 69(10)*, 382s, 1990.

97.    "Metal Transfer in Pulsed Current Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J.,72 (7)*, 279-s, 1993.

98.    "Improving the Calculation of Interdiffusion Coefficients," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 21A(12)*, 3039, 1990.

99.    "Effect of Second Phase Particles on Direct Brazing of Alumina Dispersion Hardened Copper," A.A. McFayden, R.R. Kapoor and T.W. Eagar, *Welding J., 69(11)*, 399s, 1990.

100.    "Tin-Based Reactive Solders for Ceramic/Metal Joints," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 20B(12)*, 919, 1989.

101.    Applications and Trends of Electroslag Technology in Japan," T.W. Eagar. Welding Research Abroad 32(2):27 - 34, 1986.

102.    "Non-Contact True Temperature Measurements in the Microgravity Environment" M. A. Khan, C. Allemand, and T. W. Eagar. Proceedings of the Second Noncontact Temperature Measurement Workshop, NASA Publication 89-16, R.R. Hale ed., NASA Jet Propulsion Laboratory, 98 - 109, 1989.

103.    "The Physics of Welding Processes," T. W. Eagar. Proceedings of 5th JWS International Symposium on Advanced Technology in Welding, Materials Processing and Evaluation, Tokyo, 17 - 19 Apr. 1990, S. Machida, ed. Japan Welding Society, Tokyo, 11 - 16, 1990.

11

104. "Joining Technology," T. W. Eagar. Advanced Materials & Processes 137 (1): 65, 1990.

105. "The Steel Market Today and Tomorrow," T.W. Eagar, Modern Steel Construction, Oct, 40 - 41, 1991.

106. "Modeling Second-Phase Formation During Rapid Resolidification of Stainless Steel Alloys," J. W. Elmer, T. W. Eagar, and S. M. Allen. Stainless Steels '91, Chiba, Japan, 10 - 13 June 1991, Vol. 1, 669 - 676. 1991.

107. "Thermochemistry of Joining," T.W. Eagar, in Elliott Symposium on Chemical Process Metallurgy; Cambridge, Massachusetts; USA; 10 - 13 June 1990, P.J. Koros and G.R. St. Pierre, eds., Iron and Steel Society, Warrendale, PA, 197 - 208, 1991.

108. "Challenges in Joining Emerging Materials," T.W. Eagar, in Proc. of Advances in Joining Newer Structural Materials, Proceedings, International Conference, Montreal, Canada; 23 - 25 July 1990, Pergamon Press, Oxford, 3 - 14 (English) and 15 - 29 (French), 1990.

109. "Physics of Arc Welding Processes," T.W. Eagar, Proc. of Advanced Joining Technologies, Proceedings, International Institute of Welding Congress on Joining Research, Montreal, Canada; 20 - 21 July 1990, T.H. North, ed., Chapman and Hall, London, U.K., 61 - 68, 1990.

110. "Thermodynamic Data from Diffusion Couples - I," R.R. Kapoor and T.W. Eagar, Acta Metallurgica, 38(12), 2741, 1990.

111. "Thermodynamic Data from Diffusion Couples - II," R.R. Kapoor and T.W. Eagar, Acta Metallurgica, 38(12), 2755, 1990.

112. "Non-Contact Temperature Measurement - I: Interpolation-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, Review of Scientific Instruments, 62(2), 392, 1991.

113. "Non-Contact Temperature Measurement - II: Least Squares-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, Review of Scientific Instruments, 62(2), 403, 1991.

114. "Whither Advanced Materials," T.W. Eagar, Advanced Materials & Processes, 139(6), 25, 1991. (see also "Superconductor Sales Pitch", T. W. Eagar, Technology Review 91(6): 8, 1988.)

115. "The Future of Metals," T.W. Eagar, Welding J., 70(6), 69, 1991.

116. "Single-Phase Solidification During Rapid-Resolidification of Stainless Steel Alloys," J.W. Elmer, T.W. Eagar and S.M. Allen, in Proc. of the Materials Weldability Symposium, Materials Week, Detroit, MI; 8 - 12 Oct. 1990, R.A.Patterson and K.W.Mahin, eds. ASM International, Materials Park, OH, 143 - 150, 1990.

117. "Analysis of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, Welding J., 4, 269s - 276s, 1993.

12

118. "Calculation of Electrical and Thermal Conductivities of Metallurgical Plasmas," G.J. Dunn and T.W. Eagar, Welding Research Council Bulletin 357, 22, 1990.

119. "Joining of Aluminum Matrix Composites by Plasma Spraying," T. Itsukaichi, M. Umemoto, I. Okane, T.W. Eagar and K. Fukui, in Proc. of the International Conference on New Advances in Welding and Allied Processes, Vol II, International Academic Publishers, Beijing, China, May 1991.

120. "Plasma Spray Joining of Aluminum Matrix Composites Using Osprey Composite Powder," T. Itsukaichi, T.W. Eagar, M. Umemoto, and I. Okane, Transactions of the Japan Welding Society, 10(2), 309, 1992. (Japanese)

121. "Transient Liquid Phase Bonding Processes," W.D. MacDonald and T.W. Eagar, Proceedings of The Metal Science of Joining Symposium, TMS 1991 Fall Meeting, M.J. Cieslak, J.H. Perepezko, S. Kang, M.E. Glicksman, eds., The Minerals, Metals and Materials Society, Warrendale, PA, 93, 1992.

122. "Infrared Radiation from an Arc Plasma and Its Application to Plasma Diagnostics," T. Ohji and T.W. Eagar, J. of Plasma Physics and Chemistry, 12(4), 403, 1992.

123. "Transient Liquid Phase Bonding," W.D. MacDonald and T.W. Eagar, Annual Review of Materials Science, 22, 23, 1992.

124. "Materials Manufacturing," T.W. Eagar, MRS Bulletin, 4, 27, 1992.

125. "Problems in Engineering and Science Education: Why Do We Have a Weakness in Materials Synthesis and Processing?," T.W. Eagar, MRS Bulletin, 9, 36, 1992.

126. "Resistance Welding: A Fast, Inexpensive and Deceptively Simple Process," T.W. Eagar, in International Trends in Welding Science and Technology, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 347, 1992.

127. "Low Temperature Transient Liquid Phase Bonding of Ti-6Al-4V," W.D. MacDonald and T.W. Eagar, International Trends in Welding Science and Technology, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1083, 1992.

128. "Investigations of Drop Detachment Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, International Trends in Welding Science and Technology, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1009, 1992.

129. "Metal Transfer Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, in Tenth Symposium on Energy Engineering Sciences, Argonne National Laboratory, Argonne, IL, May, 1992.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 20 of 41

130. "Low Temperature Transient Liquid Phase (LTTLP) Bonding for Au/Cu and Cu/Cu Interconnections," M. Hou and T.W. Eagar, Trans. of ASME, J. of Electronic Packaging, 114, 443, 1992.

131. "Low Stress Die Attach by Low Temperature Transient Liquid Phase Bonding," J.W. Roman and T.W. Eagar, in 1992 International Symposium on Microelectronics, 52, (sponsored by the International Society for Hybrid Microelectronics, ISHM), San Francisco, CA, 81, 1992.

132. "Characterization of Spatter in Low-Current GMAW of Titanium Alloy Plate," S.T. Eickhoff and T.W. Eagar, in Proc. of Titanium 1990: Products and Applications, Lake Buena Vista, FL, October 1990.

133. "High Energy Electron Beam Welding & Materials Processing," V.R. Dave, D.L. Goodman, T.W. Eagar, K.C. Russell, in Proc. of High Energy Electron Beam Welding and Materials Processing, Cambridge, MA; 21 - 23 Sept. 1992, American Welding Society, Miami, Fl, 156 - 186. 1993.

(see also "Surface Modification/Heat Treatment Workshop," T. W. Eagar, V. L. Bailey, Proc. Of High Energy Electron Beam Welding And Materials Processing, Cambridge, MA, 21 - 23 Sept. 1992, American Welding Society, Miami, Fl, 262 - 290, 1993.)

134. "High Energy Electron Beam (HEEB) Processing of Advanced Materials," V.R. Dave, D.L. Goodman, M. Farnush, T.W. Eagar, K.C. Russell, Proc. of International Conference on Beam Processing of Advanced Materials, Chicago, IL, Nov.2 - 5 1993. TMS, Warrendale, PA, 537 - 550, 1993.

135. "Joining of 6061 Aluminum Matrix-Ceramic Particle Reinforced Composites," R. Klehn, T.W.Eagar, WRC Bulletin 385, 1, 1993.

136. "In-Space Welding, Visions and Realities," D. Tamir, T. A. Siewert, K. Masubuchi, L. Flanigan, R. Su, and T.W. Eagar, in Proc. of Thirtieth Space Congress: "Yesterday's Vision is Tomorrow's Reality", (4), 1.9 - 1.16, Cocoa Beach, Florida, 1993.

137. "Evolving Manufacturing Practices: Lessons for the Quality Control Engineer," T.W. Eagar, Materials Evaluation, 51(10), 1184 - 1187, 1993.

138. "Energy Sources Used for Fusion Welding," T. W. Eagar, ASM Handbook: Welding, Brazing, and Soldering, Volume 6, p.3 - 6, 1993.

139. "Joining of Advanced Materials," T.W. Eagar, W.A. Baeslack, R. Kapoor, Encyclopedia of Advanced Materials, D.Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1207, 1994.

140. "Advanced Joining Processes," T.W. Eagar, W.A. Baeslack, Encyclopedia of Advanced Materials, D. Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1221, 1994.

141. "Leaders for Manufacturing: Educating for the Future," T.W. Eagar, AAAS Science and Technology Policy Yearbook, A.H. Teich, S.D. Nelson, C. McEnaney, eds., AAAS, 229, 1994.

142. "Welding Process Decoupling for Improved Control," D.E. Hardt, T.W. Eagar, J.H. Lang and L. Jones in Proc. of 11th Symp. on Energy Engineering Sciences, Argonne National Laboratory, Argonne, IL, 287, 1993.

143. "Heat and Metal Transfer in Gas Metal Arc Welding using Argon and Helium," P.G. Jonsson, T.W. Eagar and J. Szekeley, Metall. Trans., 26B(4), 383, 1995.

144. "The Only Constant is Change," T.W. Eagar, Welding Journal, 74(12), 63, 1995. ("Reply to Letter to Editor with Regard to 'Only Constant is Change'" T. W. Eagar, Welding Journal, 75: 14, 1996.)

145. "Cleaning and Reflow of Pb-Sn-C4 Solder Bumps," C. Lee, D. Crafts, T.W, Eagar, Trans. of ASME, J. of Electronic Packaging, 117(4), 277, 1995.

146. "Redefining the University-Industry Relationship for Manufacturing Excellence," T.W. Eagar, W. C. Hanson, T.L. Magnanti and D.B. Rosenfield, in Proc. of the 4th Annual Pittsburgh Manufacturing Systems Engineering Conf., 1993.

147. "Bringing New Materials to Market," T.W. Eagar, Technology Review, 98, February/March, 1995, 42.

148. "Welding and Joining: Moving from Art to Science," Welding Journal, 74(6), 49, 1995.

149. "Evaluation Method for Electrochemical Migration Susceptibility in Pure Water," (Japanese), T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, in Proc. of 1st Symposium on Microjoining and Assembly Technology in Electronics, Japan Welding Society Committee of Microjoining, Tokyo, 105, 1995.

150. "The Temporal Nature of Forces Acting on Metal Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, Trends in Welding Research, Proceedings, 4th International Conference, Gatlinburg, TN; 5 - 8 June 1995, H.B. Smartt, J.A. Johnson, S.A. David, eds., ASM International, Materials Park, OH, 365 - 370, 1996.

151. "Plasma Spray Joining of Al-Matrix Particulate Reinforced Composites," T. Itsukaichi, T.W. Eagar, M. Umemoto and I. Okane, Welding Journal, 75(9), 285s, 1996.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 22 of 41

152. "Abrasion Resistant Active Braze Alloys for Metal Single Layer Technology," R.K. Shiue, S.T. Buljan and T.W. Eagar, *Science and Technology of Welding and Joining 2(2),* 71, 1997.

153. "Large Gap Joining of Ti-6Al-4V with Mixed Powder Interlayers," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining 2(4),* 139, 1997.

154. "Diffusional Breakdown of Nickel Protective Coatings on Copper Substrate in Silver-Copper Eutectic Melts," W.D. Zhuang and T.W. Eagar, *Metall. Trans., 28A(4),* 969, 1997.

155. "Transient Liquid Phase (TLP) Bonding using Coated Metal Powders," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(4),* 157s, 1997.

156. "High Temperature Brazing by Liquid Infiltration," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(12),* 526s, 1997.

157. "Welding Fume Physics, Chemistry and Physiology," G. Ulrich, T. W. Eagar, and J. D. Brain., *Proceedings of the 9th Annual North American Welding Research Conference, Session 5: The Environment And The Joining Industry - Product Manufacture, Pollution Prevention, and Safety and Health, Columbus, OH, 11 - 13 Oct. 1993.* Abington, Cambridge, UK, 1993.

158. "Avoiding Failures in Advanced Structural Materials," T. W. Eagar, *Proceedings of Advanced Materials and Process Technology for Mechanical Failure Prevention: 48th Meeting of The Mechanical Failures Prevention Group, Wakefield, Massachusetts, April 19 - 21, 1994,* H. C Pusey and S. C. Pusey, sds. Vibration Institute, Willowbrook, Il, 1994.

159. "High Energy Electron Beam (HEEB) : Solid Interaction Model for EB Deposition and Shock Processing," V. R. Dave, J. E. Matz, T. W. Eagar, D. L. Goodman. *2nd International Conference on Beam Processing of Advanced Materials, Cleveland, Ohio, 30 Oct. - 2 Nov. 1995,* ASM International, Materials Park, OH, 255 - 260. 1995.

160. "Dynamic Behavior of Gas Metal Arc Welding," L.A. Jones, P. Mendez, D. Weiss, and T.W. Eagar, presented at the 9th Annual Conference on Iron and Steel Technology, Pohang, Korea, August 1997.

161. "Electrochemical Migration Tests of Solder Alloys in Pure Water," T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, *Corrosion Science, 39(8),* 1415, 1997.

162. "A Systematic Strategy for Optimizing Manufacturing Operations," J. Kerkhoff, T.W. Eagar, and J. Utterback, *Production and Operations Management, (7)1,* 67, 1998.

163. "Isothermal Solidification Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, *Metall. Trans., 29A(1),* 315, 1998.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 23 of 41

164. "Magnetic Forces Acting on Molten Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics, 31(1),* 93, 1998.

165. "A Dynamic Model of Drops Detaching from a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics 31(1),* 107, 1998.

166. "Quiet Revolution in Materials Manufacturing and Production," T.W. Eagar, *Journal of Metals, 50(4),* 19, 1998.

167. "The Plasma-Enabled Recovery of Titanium Metal by the Electrolysis of Titanate Slags," H.R. Larson and T.W. Eagar, *Journal of Metals, 50(9),* 56, 1998.

168. "How Welding Fumes Affect the Welder," J.M. Antonini, G.G. Krishna Murthy, R.A. Rogers, R. Albert, T.W. Eagar, G.D. Ulrich, and J.D. Brain, *Welding Journal, 77(10),* 55, 1998.

169. "The Quiet Revolution in Materials Processing," T.W. Eagar, in *Proc. of Third Pacific Rim International Conference on Advanced Materials and Processing, July 12 - 16, 1998,* M.A. Imam, R. DeNale, S. Hanada, et al., eds., TMS, Warrendale, PA, 1, 1998.

170. "Images of a Steel Electrode in Ar 2% O₂ During Constant-Current Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Welding Journal*, Welding Research Supplement, April, 135s - 141s, 1998.

171. "Freshly generated stainless steel welding fume induces greater lung inflammation in rats as compared to aged fume," J.M. Antonini, R.W. Clarke, G.G. Krishna Murthy, P. Sreekanthan, N. Jenkins, T.W. Eagar, J.D. Brain, Elsevier Science *Toxicology Letters* 98 (1998), 77 - 86.

172. "Magnitude Scaling of Free Surface Depression During High Current Arc Welding," P.F. Mendez and T.W. Eagar, in *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 13 - 18, 1999.

173. "In Search of the Perfect Weld," T.W. Eagar, *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 261, 1999.

174. "Study of Chromium in Gas Metal Arc Welding Fume," T.W. Eagar, P. Sreekanthan, N.T. Jenkins et al. *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 374, 1999.

175. "Order of Magnitude Scaling of Complex Engineering Problems," P.F. Mendez and T.W. Eagar, *Seventeenth Symposium on Energy Engineering Sciences*, Argonne, IL, pp. 106 - 113, May 13 - 14, 1999.

17

176. "Estimation of the Characteristic Properties of the Weld Pool During High Productivity Arc Welding," P.F. Mendez and T.W. Eagar *Fifth International Seminar on the Numerical Analysis of Weldability; Schloss Seggau; Austria; Sept. 1999.* in Mathematical Modelling of Weld Phenomena 5, Institute of Materials, London, UK, 67 - 94, 2001.

177. "Humping Formation in High Current GTA Welding," P.F. Mendez, K.L. Niece and T.W. Eagar, in *Proceedings of the International Conference on Joining of Advanced and Specialty Materials II, Materials Solutions '99, Cincinnati, OH, November 1999,* 151 - 158, 2000.

178. "Liquid Infiltrated Powder Interlayer Bonding (LIPIB) - A Process for Large Gap Joining," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining,* 5(3), 125 - 134, 2000.

179. "Scaling of the Cathode Region of a Long GTA Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Advances in Computational Engineering & Sciences,* Volume I, Tech Science Press, Palmdale, CA, 689 - 694, 2000.

180. "Modeling of Welding Processes through Order of Magnitude Scaling," P.F. Mendez and T.W. Eagar, *Metal Technologies, MMT-2000, Ariel, Israel, November 13 - 15, 2000.*

181. "Effect of Electrode Droplet Size on Evaporation and Fume Generation in GMAW," P.F. Mendez, N.T. Jenkins, T.W. Eagar, *Gas Metal Arc Welding for the 21st Century, Orlando, FL,* American Welding Society, December 6 - 8, 2000.

182. "Order of Magnitude Scaling of the Cathode Region in an Axisymmetric Transferred Electric Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga, T.W. Eagar in *Metallurgical and Materials Transactions B,* June 2001, Vol. 32B, p.547 - 554.

183. "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar, *Journal of Materials Processing Technology,* 117, (2001).

184. "Welding Processes for Aeronautics," P.F. Mendez and T.W. Eagar, *Advanced Materials & Processes,* 159 (5), pp. 39 - 43, 2001.

185. "Why Did the World Trade Center Collapse? Science, Engineering and Speculation," T.W. Eagar and C. S. Musso. *Journal of Materials,* pp. 8 - 11, December 2001. (This article was discussed in an interview with NOVA.)

186. "The Matrix of Coefficients in Order of Magnitude Scaling." P. F. Mendez and T. W. Eagar, *Fourth International Workshop on Similarity Methods, Stuttgart, Germany,* 51 - 67, 2001.

18

187. "Strain Energy Distribution in Ceramic/Metal Joints," J.-W. Park, P.F. Mendez and T.W. Eagar, *Acta Materialia*, 50, pp.883 - 899, 2002.

188. "Thermodynamic Model of the Zr-O System," R. Arroyave and T.W. Eagar, *Calphad: Computer Coupling of Phase Diagrams and Thermochemistry*, 26(1) 95 - 118, 2002.

189. "Scaling Laws in the Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Mathematical Modelling of Weld Phenomena 6*, Institute of Materials, London, UK, 2002.

190. "Carbide Formation in Alloy 718 During Electron Beam Solid Freeform Fabrication," J.E. Matz and T.W. Eagar, *Metall. Trans. A.* 33A (2002), 2559 - 2567.

191. "Application of the Transient Liquid Phase Bonding to Microelectronics and MEMS Packaging," J.W. Park and T.W. Eagar, IEEE Conference Proceedings on Advanced Packaging Materials and Processes, 2002.

192. "New Trends in Welding in the Aeronautic Industry," P.F. Mendez and T.W. Eagar, *2nd Conference of New Manufacturing Trends, Bilboa, Spain, November 19 - 20, 2002*.

193. "Hollow-Cored, Long-Fiber Metal Matrix Composites for Thermal Packaging Applications," C. S. Musso and T. W. Eagar, *Proceedings of Ninth Annual International Conference on Composites Engineering ICCE/9*, July 2002, 549 - 550.

194. "Interfacial Microstructure of Partial Transient Liquid Phase Bonded $Si_3N_4$-to-INCONEL 718 Joints," J.J. Kim, J.-W. Park and T.W. Eagar, *Materials Science and Engineering A (Structural Materials: Properties, Microstructure and Processing)*, A344 (1-2), 240 - 244, 2003.

195. "Metal Substrate Effects on the Thermochemistry of Active Brazing Interfaces," R. Arroyave and T.W. Eagar, *Acta Materialia*, 51 (2003) 4871 - 4880.

196. "Feasibility of Using Earth-bounded NDT Techniques for the Space Environment," V. Nikou, P.F. Mendez, K. Masubuchi, T.W. Eagar, *Conference on Emerging Technologies in Non-Destructive Testing, Thessaloniki, Greece, May 26 - 28, 2003*.

197. "Joining $LaMO_3$ Perovskite Ceramics to Nickel-based Super Alloys Using Brazing/TLPB Techniques," R. Arroyave, T.W. Eagar, H.R. Larson, *Abstracts of Papers, 225th ACS National Meeting, New Orleans, LA, United States, March 23 - 27, 2003, FUEL-111 (CODEN: 69DSA4 AN 2003:182444 CAPLUS)*.

198. "Submicron Particle Chemistry: Vapor Condensation Analogous to Liquid Solidication," Neil T. Jenkins and Thomas W. Eagar, *Journal of Materials*, June 2003, Volume 55, No. 6, p.44 - 47.

199. "Thermodynamic Assessment of the System Cu-Ti-Zr," Raymundo Arroyave, T.W. Eagar and L. Kaufman, *Journal of Alloys and Compounds*, 351(1-2), 158 - 170, 2003.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 26 of 41

200.    "Role of Technology in Manufacturing Competitiveness" T.W. Eagar, *Manufacturing R&D: How Can the Federal Government Help?* Hearing before the Subcommittee on Environment, Technology and Standards, Committee on Science, U.S. House of Representatives, One Hundred Eighth Congress, First Session, June 5, 2003, Serial No. 108-11, p.14 - 19.

201.    "Penetration and Defect Formation in High-Current Arc Welding," P.F. Mendez and T.W. Eagar, *Welding Journal*, 82(10), 296S − 306S, 2003.

202.    "Thermodynamic Assessment of the Ag-Cu-Ti System, " R. Arroyave and T.W. Eagar, *Anais do 58DG Congresso Anual da Assaciacao Brasileira de Metalurgia e Materiais; Rio de Janeiro; Brasil; 21 - 24 July 2003.* 887 - 896. 2003.

203.    "Strain Energy Release in Ceramic-to-Metal Joints with Patterned Interlayers," J.-W. Park, and T.W. Eagar, *Scripta Materialia*, 50 (4), 555 - 559, 2004.

204.    "Putting It In Scale," P.F. Mendez, S.B. Brown, T.W. Eagar, *Mechanical Engineering*, 126(Design Supplement), 16 - 20, 2004.

205.    "Leadership, Management, and Education at MIT," T.W. Eagar, *MIT Faculty Newsletter*, Volume XVI No. 5, April/May 2004

206.    "Analysis of Brittle Fracture of Soda Glass Bottles Under Hydrostatic Pressure," D.D. Cannon, C.S. Musso, J.C. Willliams, and T.W. Eagar, *Journal of Failure Analysis and Prevention*, October, 72, 2004.

207.    "Strategies for Bonding W and $Al_2O_3$ at Low Temperatures, " Y. Boonyongmaneerat, C.A. Schuh and T.W. Eagar, *29th International Conference on Advanced Ceramics and Composites, Cocoa Beach, FL, January 23 - 28, 2005.*

208.    "Surfactant-Dispersion of Metal Oxide Fume Particles, " N.T. Jenkins, S. Adelman and T.W. Eagar, *Aerosol Science and Technology*, 39(2): 170 - 172, 2005.

209.    "Effect of Arc Welding Electrode Temperature on Vapor and Fume Composition," N.T. Jenkins, P.F. Mendez, T.W. Eagar, *Trends in Welding Research*, Proceedings of the 7th International Conference, May 16-20, 2005, p. 491-496, ASM International, Materials Park, OH, 2005.

210.    "Chemical Analysis of Welding Fume Particles, " N.T. Jenkins and T.W. Eagar, *Welding Journal*, Volume 84, Number 6, p.87-s − 93-s, June 2005.

211.    "Fume Formation from Spatter Combustion During Arc Welding," N.T. Jenkins, T.W. Eagar, *Science and Technology of Welding and Joining*, 10(5): p.537-543, 2005.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 27 of 41

212. "Particle Size Distribution of Welding Fumes," N.T. Jenkins, W.M-G.Pierce and T.W. Eagar, *Welding Journal*, Volume 84, Number 10, p.156-s – 163-s, October 2005.

213. "Advanced NDT Processes for Remnant Life Prediction of Aerospace Engine Components," B.P. Hohmann and T.W. Eagar, *Digital Imaging XIII.* . p. 66-76, 7/21/2010, ASNT: Foxwoods Resort, Mashantucket, CT.

214. "The Steel Market Today and Tomorrow," T.W. Eagar, Modern Steel Construction, October 1991, p.40-41.

215. "Innovation and U.S. Manufacturing," T.W. Eagar and C. Musso, *New Directions in Manufacturing: Report of a Workshop (2004)*, Board on Manufacturing and Engineering Design (BMED), The National Academies Press

216. "Order of Magnitude Scaling: A Systematic Approach to Approximation and Asymptotic Scaling of Equations in Engineering," P.F. Mendez and T.W. Eagar, ASME, *Journal of Applied Mechanics*, JAM-11-1448, 2011.

217. "Welding Process Fundamentals," T.W. Eagar and Aaron D. Mazzeo, *ASM Handbook*, Volume 6A, Welding Fundamentals and Processes, 2011.


**PUBLICATIONS SUBMITTED:**


**PATENTS:**

1. "Method of Resistance Welding," T.W. Eagar, J.G. Kaiser, and G.J. Dunn, Patent No. 4,365,134, Dec. 21, 1982.

2. "Non-hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,512,822, April 23, 1985.

3. "Large Diameter Stud and Method and Apparatus for Welding Same," T.E. Shoup, D.J. Maykut, and T.W. Eagar, Patent No. 4,531,042, July 23, 1985.

4. "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,557,768; December 10, 1985.

5. "Laser Instrument," R.J. Cabrera, T.W. Eagar and J. Santangelo, Patent No. 4,580,558, April 8, 1986.

6. "Laser Instrument," R.J. Cabrera and T.W. Eagar, Patent No. 4,646,734, March 3, 1987.

7. "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No.

4,662,952, May 5, 1987.

8.      "Age-Hardenable Sterling Silver," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,810,308, March 7, 1989.

9.      "Emissivity Independent Multiwavelength-Pyrometry," M.A. Khan, C.D. Allemand and T.W. Eagar, Patent No. 5,132,922, July 21, 1992.

10.     "Silver Alloys of Exceptional and Reversible Hardness," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,869,757, September 26, 1989.

11.     "Wear Resistant Bond for an Abrasive Tool," R.K. Shiue, R. Andrews, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 5,846,269, December 8, 1998.

12.     "Abrasive Tool Containing Coated Abrasive Grain," R.K. Shiue, B. Miller, S.T. Buljan, E. Schulz and T.W. Eagar, Patent No. 5,855,314, January 5, 1999.

13.     "Removable Bond for an Abrasive Tool," R.K. Shiue, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 6,245,443, June 12, 2001.

14.     "Methods for Forming Articles Having Very Small Channels Therethrough, and Such Articles, and Methods of Using Such Articles, " Patent No. 6,939,505, C.S. Musso and T.W. Eagar, September 6, 2005.

15.     "Transient Migrating Phase Low Temperature Joining of Co-Sintered Particulate Materials Including a Chemical Reaction," Y. Boonyongmaneerat, T.W. Eagar and C.A. Schuh, U.S.S.N.: 11/795,844, U.S. National Phase of PCT/US2006/02699, Claiming Priority to U.S.S.N.: 60/646,808, January 25, 2005.

Case 5:12-cv-00289-BO   Document 58-10   Filed 04/10/13   Page 29 of 41

# Thomas W. Eagar
## Testimony Identification
### September 28, 2012

1. <u>Heater Fire</u> – deposition in Boston, MA; 18 May 2007; trial in Islip, New York, 19 June 2008, Liana Gerson v. Berko; Mark Utke, Cozen O'Connor, plaintiff's attorney.
   United States District Court for the Eastern District of New York
   Civil Action # CV-05-4848

2. <u>Metal Fracture</u> – deposition in Boston, MA, 12 June 2008; Atlantic Mills v. South Jersey Lift, Inc., William Clark, Cozen O'Connor, plaintiff's attorney.
   Docket No.: 1:06-CV-01545-J-BS

3. <u>House Fire</u> – deposition in Boston, MA, 23 June 2008; Chris and Jessica Ressa v. Creative Home Decoration, James Cullen, Cozen O'Connor, plaintiff's attorney.
   Superior Court of New Jersey, Monmouth County
   Docket No. L-4340-06

4. <u>Broken Weld</u> – deposition in Cambridge, MA, 18 August 2008 and September 3, 2008; Burdick v. Grand Circle Travel, Joseph Abromovitz, Law Office of Joseph Abromovitz, plaintiff's attorney.

5. <u>Welding Fume</u> – trial in Easton, PA; 20 August 2008, Messinger v. Allied Signal et al, Kurt Rasmussen, Rasmussen Willis Dickey & Moore, defense attorney.
   Court of Common Pleas of Northampton County
   Commonwealth of Pennsylvania
   Civil Division AB-2007-027, AB-2007-65, AB-2007-070, AB-2007-007

6. <u>Gas Cylinder Fire</u> – deposition in Boston, MA; 10 September 2008, Andrew Shalaby et al. v. Irwin Industrial Tool Company, et al, Richard Ergo, Bowles & Verna, defense counsel.
   U.S. District Court, Southern District of California
   Case No. 07cv2107-W

7. <u>Hydraulic Hose</u> – trial in Marion, VA; 9 October 2008, Smith v. CNH, Brickford Brown, Moran Brown, defendant's attorney.
   In the Circuit Court of Smyth County, Virginia
   Case No. CL04-388

8. <u>Corrosion</u> – deposition in Boston, MA; 15 October 2008 and in
   Cambridge, MA on 26 November 2008, Caregroup v. MATEP et al.,
   Michael Izzo, Cozen O'Connor, plaintiff's attorney.
   In the United States District Court for the
   District of Massachusetts
   No. 05-CA-12391-NMG

9. <u>Aircraft Mishap</u> – trial in Philadelphia, PA; 23 October 2008, Robinson v.
   Hartzell, Patrick O'Connor, Cozen O'Connor, defense attorney.
   United States District Court
   Eastern District of Pennsylvania
   Case No. 01-cv-5240

10. <u>Fire</u> – deposition in Cambridge, MA; 24 November 2008, Darwin George
    v. Gastite, Marcos Hazan-Cohen, Cozen O'Connor, plaintiff's attorney.
    In the District Court, Collin County, Texas, 380th Judicial District
    Cause No. 380-1599-07

11. <u>Material Selection</u> – arbitration in Stockholm, Sweden; 2 December
    2008, BPCL v. Shanghai Wujing Chemical Company, Kim Nobles,
    Crowell & Moring, defense attorney.

12. <u>Screw Failure</u> – deposition in Syracuse, NY; 30 December 2008,
    Mathews v. Big Bear Choppers; trial in Syracuse, NY, 14 May 2009;
    Michael Porter, Bottar Leone, plaintiff's attorney.
    Civil Action No. 04-CV-1206

13. <u>Gas Explosion</u> – deposition in Baltimore, MD; 2 January 2009, Myer v.
    Washington Gas, Bert Goldstein, Law Offices of Jeffrey Goldstein,
    plaintiff's attorney.
    In the Circuit Court for Loudoun County, Virginia
    No. 42996

14. <u>Fire-Welding</u> – deposition in Cambridge, MA; 7 January 2009,
    Designline v. Hoodtech, Mark Utke, Cozen O'Connor, plaintiff's attorney.
    U.S. District Court
    Civil Action No. 07-CV-11310

15. <u>Lightning Strike</u> – deposition in Cambridge, MA; 10 February 2009,
    Shannon Benjamin v. Gastite, Marcos Hazan-Cohen, Cozen O'Connor,
    plaintiff's attorney.

16. <u>Fan Motor</u> – deposition in Cambridge, MA; 27 March 2009, JEH Stallion v. Lasko Products, Anne Cook, Cozen O'Connor, plaintiff's attorney. Case No. 6:08-cv-MCA-DJS

17. <u>Fracture of Wheel</u> – deposition in Cambridge, MA; 17 April 2009, Lionetti v. MTD, Formica P.C., Glen Formica, plaintiff's attorney. United States District Court, District of Connecticut Case No. 08 CV 00690 (ESH)

18. <u>Welding</u> – deposition in Cambridge, MA; 5 May 2009, Willie Martin v. Lincoln Electric, Chris Turney, The Rasmussen Law Firm, defense attorney. Superior Court of the State of California City and County of Los Angeles Case #BC 378790

19. <u>Plumbing Valve</u> – deposition in Falls Church, VA, 8 May 2009; telephonic deposition in Cambridge, MA, 16 July 2009; Quality Air Services v. Milwaukee Valve, Jeffrey Seaman, Whiteford Taylor & Preston, defense attorney.

20. <u>Aircraft Mishap</u> – deposition in San Diego, CA; 17 June 2009, Mumford/Premer v. The New Piper Aircraft, Stephen Brunk, Law Office of Stephen K. Brunk, defendant's attorney. Superior Court of the State of California County of Orange – West Justice Center 04CC10025 and 04CC10024

21. <u>Wheel Failure</u> – deposition in Boston, MA; 26 June 2009, Roudabousch v. MTD Products, Stephen Neal, DiMuro Ginsberg, plaintiff's attorney. In the United States District Court For the Eastern District of Virginia, Alexandria Division Civil Action No. 1:09cv235 LMB/JFA

22. <u>Boiler Failure</u> – deposition in Knoxville, TN; 1 July 2009, Hartgrove v. ABC Inc., et al, Sam Doak, Arnett Draper & Hagood, defense attorney. In the Circuit Court for Knox County, Tennessee at Knoxville No. A2-700-04

23. <u>Arc Damage</u> – deposition in Boston, MA; 13 July 2009, Colvin v. Titeflex
Corporation, Brian Wesley, Carpenter Law Firm, plaintiff's attorney.
In the District Court, Hays County, Texas, 207th Judicial District
Cause No. 07-1641

24. <u>Fan Failure</u> – deposition in Lincoln, MA; 6 August 2009 and 21 July
2010; trial in Concord, NH, 13 and 14 April 2011, Bethany Commons v.
Broan, Andrew Dunn, Devine Millimet, plaintiff's attorney.
United States District Court, District of New Hampshire
1:08-CV-81-PB

25. <u>Weld Failure</u> – deposition in Cambridge, MA; 31 August 2009, Henkind
v. Northeast Isuzu Engines, Inc., Michael Quinn, Polito & Quinn,
plaintiff's attorney.
Superior Court
Judicial District of Middlesex at Middletown
No. CV-08-5004813 S

26. <u>Aircraft Mishap</u> – deposition in Boston, MA; 2 September 2009 and 16
February 2010, Kalitta Air v. United Air Lines, George Kelsey, Kelsey
Law Group, plaintiff's attorney.
United States District Court
Eastern District of Michigan
Southern Division
Case No. 07-CV-14454

27. <u>Corrosion</u> – deposition in Boston, MA; 21 September 2009, Erick
Kelesceny et al. v. Chevron, USA et al., Michael Saltz, Jacobson Russell
Saltz & Fingerman, plaintiff's attorney.
U.S. District Court
Action No. 08-61294-civ-Altonaga-Brown

28. <u>Aircraft Mishap</u> – deposition in Boston, MA; 12 October 2009,
Swan/Johnson v. Avco Lycoming, Thomas H. Neuckranz, Williams
Montgomery & John, defense attorney.
In the United States District for the Eastern District of Missouri
Eastern Division
Case No. 4:07CV-01695-TCM

29. <u>Metal Lock Failure</u> – deposition in Cambridge, MA; 26 October 2009,
Laura Bierce v. Byam Village et al., Paul Brozdowski, Law Offices of Paul
L. Brozdowski, plaintiff's attorney.

30. <u>Steel Corrosion</u> – deposition in Boston, MA; 29 October 2009, The
    Roman Catholic Archbishop of Boston v. Whirlpool Corporation, Peter
    Rossi, Cozen O'Connor, plaintiff's attorney.
    U.S. District Court – Massachusetts
    Civil Action No. 08-11107

31. <u>Steel Hook</u> – deposition in Cambridge, MA; 2 November 2009, Westbrook
    v. Sperian, Randy Moore, Snell & Wilmer, defense attorney.
    Missouri Circuit Court, Twenty-Second Judicial Circuit
    Case No. 0722CC08919

32. <u>Welding</u> – deposition in Philadelphia, PA; 13 November 2009, Richard
    Bankes v. A.W. Chesterton, Inc. et al., Chris Turney, The Rasmussen
    Law Firm, defense attorney.
    In the Court of Common Pleas of Philadelphia County
    First Judicial District of Pennsylvania
    Trial Division - Civil

33. <u>Weld Failure</u> – deposition in Boston, MA; 24 November 2009; testimony
    in Erie, PA, 1 March 2011, Accuride v. FSI et al, Kevin Smith, Law
    Offices of Robert A. Stutman, plaintiff's attorney.
    In the United States District Court
    For the Western District of Pennsylvania
    Civil Action Number 1:08-cv-100

34. <u>Solder Joint</u> – deposition in Cambridge, MA; 21 December 2009, Sears
    v. Tyco, Paul Williams, Shook Hardy & Bacon, defendant's attorney.
    United States District Court
    Northern District of Illinois, Eastern Division
    Case Number 08-CV-2838

35. <u>Weld Failure</u> – deposition in Baton Rouge, LA; 4 and 5 January 2010,
    DHRI v. Gulf South, Jeffrey Lamb, Kirkland & Ellis, defense attorney.
    23rd Judicial District Court, Parish of Assumption
    State of Louisiana
    No. 29,217

36. <u>Pump Failure</u> – deposition in Baton Rouge, LA; 28 March 2010, Joseph
    Ardoin v. Lawrence Pump, John Smith, McKernan Law Firm, plaintiff's
    attorney.
    14th Judicial District Court, Parish of Calcasieu, State of Louisiana, No.
    2008-435-D

37. <u>Welding</u> – trial in Philadelphia, PA; 6 April 2010, Ottoviani v. A.W. Chesterton, Inc., John Bridger, Strong Pipkin, defense attorney.
Court of Common Pleas, Philadelphia, Pennsylvania
Term 06-2006
Case #0741

38. <u>Explosion</u> – deposition in Farmington Hills, MI, 15 April 2010 and Boston, MA, 11 January 2011; Baran v. Consumer's Energy, Alan McMaster, Denenberg & Tuffley, plaintiff's attorney.
State of Michigan
In the Circuit Court for the County of Oakland
Case No. 09-099739-NO

39. <u>Steel Hook Failure</u> – deposition in Boston, MA; 22 April 2010, Paul v. The Coleman Company, Ken Lang, Hinkle Elkouri Law Firm, defendant's attorney.
Eastern District of Virginia
Civil Action No. I:09-CV-1283

40. <u>CSST Fire</u> – deposition in Boston, MA; 29 April 2010 and 14 May 2010, Grimm v. Omegaflex, Brian Wesley, Carpenter Law Firm, plaintiff's attorney.
In the District Court of Hays County, Texas
428th Judicial District
Case No. 08-178

41. <u>Welding Fume</u> – trial in Philadelphia, PA; 30 April 2010, Wolfinger v. Lincoln Electric, Kurt Rasmussen, Rasmussen Law Firm, defense attorney.
Court of Common Pleas
Philadelphia County
No. 3053

42. <u>Fire</u> – deposition in Jericho, NY; 6 May 2010, Vavilis v. Broan-Nutone, Stuart Markowitz, plaintiff's attorney.
United States District Court
Eastern District of New York
Case No. 08 CV 4098

43. <u>Vehicle Rollover</u> – deposition in Waltham, MA; 16 June 2010, Martel v. Arctic Cat, Michael Marcel, Morrison Mahoney, defense attorney.
State of Rhode Island, Providence Superior Court
C.A. No. PC07-3947

44. <u>Weld Failure</u> – deposition in Cambridge, MA; 13 July 2010 and 7 March 2012, Shannon Jones v. All Crane & Equipment Rental Corporation et al, Scott Long, Eckert Seamans, plaintiff's attorney.
Circuit Court of Kanawha County, West Virginia
Civil Action No. 08-C-1668

45. <u>Cast Iron Fracture</u> – deposition in Boston, MA; 19 August 2010, Brandon Sokol v. Home Depot et al., John Marion, Sellars Marion & Bachi, defense attorney.
Circuit Court of Fifteenth Judicial Circuit of Florida
Palm Beach County
C. A. Case No. 50-2008 CA 000641XXXX MB AI

46. <u>Failed Joint</u> – deposition in Boston, MA; 9 September 2010; 20 and 21 January 2011 and 8 February 2011, Tyler Schessl v. Franklin Sports Company, Raymond Silverman, Parker Waichman & Alonzo, plaintiff's attorney.
Case No. 6:07-CV-6234

47. <u>Broken Cable</u> – trial in Worcester, MA; 5 and 6 October 2010, Mitchell v. Textron, John Kelleher, Higgins Cavanaugh & Cooney, defense attorney.
Massachusetts Superior Court
C.A. No. 05-1113A

48. <u>CSST Tubing</u> – trial in Chester County, PA; 13 October 2010, Tincher v. Omegaflex, Mark Utke, Cozen O'Connor, plaintiff's attorney.
Chester County, Court of Common Pleas
No. 08-00974

49. <u>CSST Tubing</u> – deposition in Cambridge, MA; 15 October 2010, Yahia v. Omegaflex, William Mahoney, Boteler Mahoney & Gray, plaintiff's attorney.
District Court, Dallas County, Texas
134th Judicial District
Cause No. DC-10-01452

50. Wheel Failure – deposition in Boston, MA; 27 October 2010, Peterson v. MTD Products et al, Michael Oh, The Gallagher Law Firm, plaintiff's attorney.
U.S. District Court, District of Connecticut
Civil Action No. 3:09-cv-644 (VLB)

51. Broken Weld – deposition in Boston, MA; 22 November 2010, Judith Liberty v. S & S Mobility, Patrick J. Kennedy, RisCassi & Davis, plaintiff's attorney.
State of Connecticut, Superior Court, Judicial District of Tolland at Rockville
Docket No. TTD-CV-09-5004601-S

52. Fire – deposition in Boston, MA; 8 March 2011, Englebrick v. Worthington, Richard A. Ergo, Bowles & Verna, defense attorney.
United States District Court
Central District of California, Southern Division
Case No. 8:08-CV-01296 CJC-MLG

53. Weld Failure – deposition in Boston, MA; 17 March 2011, Casio v. Rose Steel/William A. Berry & Son, Inc. v. Link Belt Construction Equipment Company and Builders Resource Inc., David P. Very, Norman, Hanson & DeTroy
State of Maine
Superior Court
Consolidated Docket No. CV-09-280

54. CSST Fire – deposition in Baltimore, MD; 17 June 2011, Van Dyke v. Titeflex, et al., Michael Maloney, Law Offices of Michael Maloney, plaintiff's attorney.

55. Heater Failure – deposition in Boston, MA; 23 June 2011, O'Connor v. New England Auto Max, et al.; trial in Worcester, MA, 27 and 28 June 2011, Mark Bodner, Engleberg Brachter & Kenner, defense attorney.

56. CSST – deposition in Boston, MA; 11 July 2010, Becnel v. Omegaflex et al., Scott Carpenter, Carpenter Law Firm, plaintiff's attorney.
State of Oklahoma
Cause No. CJ-2007-05386

57. BOP Failure – deposition in Houston, TX; 19 and 20 July 2011, Nexen
Petroleum v. Cameron et al., George Lugrin, Hall Maines Lugrin,
plaintiff's attorney.
15th Judicial District Court
Vermilion Parish, Louisiana
No. 88810-B, Div. B

58. Gear Failure – telephonic deposition in Boston, MA; 25 July 2011,
Triplett v. Husqvarna, Steve Hastings, Hendrickson & Long, plaintiff's
attorney.
Civil Action No. 04-C-410

59. Metal Failure – deposition in Boston, MA; 12 September 2011, SPARTAN
v. Talbert Manufacturing, Shawn George, George & Lorensen, defense
attorney.
In the Circuit Court of Logan County, West Virginia
Civil Action No. 10-C-50

60. CSST – deposition in Boston, MA; 25 October 2011, Karlin v. Omegaflex,
Skye McLeod, Law Offices of Stephen R. Paul, plaintiff's attorney.

61. Failed Gate – deposition in Boston, MA; 2 November 2011, James
Rothholz v. Skyjack, Inc. et al., Ralph Monaco, Conway & Londregan,
plaintiff's attorney.
Superior Court of New London, Connecticut
Docket No.: KNL CV 09 5010112S

62. Baseball Bat – deposition in Woodland Park, NJ; 156 November 2011,
Domalewski et al. v. Hillerich & Bradsby Company, et al., Ernest P.
Fronzuto, Fronzuto Law Group, plaintiff's attorney.
Superior Court of New Jersey
Docket No: PAS-L-2119-08

63. Weld Failure – trial in Philadelphia, PA; 17 November 2011, Cataldi v.
George Wagner, Warden, Hayes Hunt, Cozen O'Connor, plaintiff's
attorney.

64. Sprinkler Head Activation – deposition in Boston, MA; 8 December 2011,
Stratton Condominium Association v. Globe Sprinkler Corporation et al,
Thomas Aicher, defendant's attorney.
U.S. District Court, District of Vermont
Civil Action No. 1:10-CV-00003-jgm

65.     Tank Rupture – deposition in Medford, MA, 17 January 2012 and
        deposition in Boston, MA 28 February 2012, Winn v. Magna Power
        Train, Stephen Walters, Allen Matkins Leck Gamble Mallory & Natsis,
        defense attorney
        Superior Court of the State of California
        In and for the County of Shasta
        No. 16684

66.     Tank Failure – trial in Kansas City, MO; 20 January 2011, Anthony
        Jones et al. v. Liquid Asphalt, Tim Dollar, Dollar, Burns & Becker,
        plaintiff's attorney

67.     Pressure Vessel Failure – deposition in Cambridge, MA; February 8 and
        9, 2012, David Matthews et al. v. Kinder Morgan et al., Rudie Soileau,
        Lundy Lundy Soileau & South, plaintiff's attorney.

68.     Bent Bar – deposition in Boston, MA; 24 February 2012, Russell G.
        Bowles v. Dick's Sporting Goods, Inc., William Scott, Law Office of
        William J. Scott, P.A., plaintiff's attorney.
        In the Circuit Court, Fourth Judicial Circuit in and for
        Duval County, Florida
        Case No.: 16-2010-CA004007, Division CV-G

69.     Valve Failure – deposition in Houston, TX; 9 March 2012 and 7 June
        2012, James Wright v. Trueline Valve et al., George Lugrin, Hall Maines
        & Lugrin, plaintiff's attorney.
        133rd Judicial District Court, Harris County, Texas
        Cause No. 2010-55028

70.     Propane Tank – deposition in Boston, MA; 14 March 2012, Gaito v.
        Legenbauer Gas and Oil, Jim Cullen, Cozen O'Connor, plaintiff's
        attorney.
        United States District Court for the Northern District of New York
        Civil File 06-CV-0984

71.     Heated Liquid – trial in Dedham, MA; 5 and 9 April 2012, Marenghi v.
        Coty US, Mark Bodner, Engelberg Brachter Whalen & Kenner, defense
        attorney.

72.     CSST – deposition in Philadelphia, PA; 16 May 2012, Shamsher v.
        Omegaflex, Mark Utke, Cozen O'Connor, plaintiff's attorney.

73.   CSST – deposition in Boston, MA; 23 May 2012, Foushee v. Omegaflex,
      John Reis, Cozen O'Connor, plaintiff's attorney.
      In the General Court of Justice
      Superior Court Division North Carolina
      File No. 11-CVS-481

74.   Fan Motor – deposition in Cambridge, MA; 24 May 2012 and 26 June
      2012, Mark Utke, Cozen O'Connor, Neil and Jodi McKinnon, plaintiff's
      attorney.
      United States District Court for the
      Northern District of New York
      Civil Action No. 8:11-CV-0071 (GTS/DRH)

75.   CSST – deposition in Boston, MA; 13 June 2012 and 2 July 2012,
      Garthland v. Omegaflex, Ed Jaeger, White & Williams, plaintiff's
      attorney.

76.   Pressure Vessel  - deposition in Miami, FL; 24 July 2012, Maxitrate v.
      Super Systems, Inc., Stephen Marks, Podhurst Orseck, plaintiff's
      attorney.
      United States District Court, for the Southern District of Ohio
      Western Division
      Case No. 1:10-cv-00546-SAS-SKB

77.   Corrosion – deposition in Las Vegas, NV; 26 July 2012, Aventine v.
      Uponor, John Schleiter, Grotefeld Hoffmann Sschleiter Gordon & Ochoa,
      defense attorney.

78.   Motor Failure – deposition in Philadelphia, PA; 13 August 2012, Wei Li
      v. Broan/Nutone, Mark, Utke, Cozen O'Connor, plaintiff's attorney.

79.   Wire Rope Failure – deposition in Chicago, IL; 27 August 2012, Ramirez
      v. CHS Acquisition Corporation, Ed Fisher, Provost Umphrey, plaintiff's
      attorney.
      Cause No.: 10L871
      In the Circuit Court of Cook County, Illinois
      County Department – Law Division

80.   Fan Motor Failure – deposition in Newark, NJ; 28 September 2012,
      Matos v. Broan/Nutone, Richard Nichols, Gennett Kallmann Antin &
      Robinson, plaintiff's attorneys.

## Standard Rate and Fee Schedule

Hourly rates:

Time accrued on projects is charged at a fixed hourly rate according to the following schedule:

| | |
|---|---|
| Dr. Thomas. W. Eagar | $500 |
| Senior Consultants | $200 to 250 |
| Consultant | $150 to 200 |
| Technical Support | $100 to 150 |
| Administrative Support / Word Processing | $75 to 100 |

Expenses:

All direct project expenses including travel, supplies, subcontractor services and equipment rental fees will be billed at cost.

## Eagar LLC's Additional Terms and Conditions:

1. **Execution of work and distribution:** Eagar LLC and, if applicable other subcontractors including MEG members, will work in accordance with generally accepted professional engineering practices. No other warranty, expressed or implied, is made concerning work performed under this Agreement. Eagar LLC's work product is for your sole use and cannot be distributed by you for the purpose of marketing, product design or product evaluation without a supplemental Agreement signed by both parties.

2. **Termination and legal obligations:** Work under this Agreement may be terminated by either party by sending a written notice of termination to the other party. In the event that you terminate this Agreement, you will not incur a cancellation fee but will be responsible for any time expended by Eagar LLC, whether or not previously billed by Eagar LLC, and expenses previously incurred by Eagar LLC or third parties, such as airfare, laboratory tests and other such expenses. In the event that Eagar LLC is compelled by subpoena or court order to produce documents or testify in connection with this subject matter in situations where Eagar LLC is not a party in the lawsuit, you agree to pay for time and expenses under this Agreement.

3. **Limitation of liability:** To the extent permitted by applicable law, in no event will either party be liable under any legal theory for any special, indirect, consequential, exemplary or incidental damages, however caused, arising out of or relating to this Agreement, even if such party has been advised of the possibility of such damages. Neither party's liability to the other party under this Agreement shall exceed the total amounts paid or payable by you under this Agreement.