UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-289-BO

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY as subrogee of CHRISTOPHER TAYLOR, ) ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| LOUISIANA PACIFIC CORPORATION, ) ) | |
| Defendant. ) | |

This matter is before the Court on the following pre-trial motions: defendant's motion to exclude expert testimony [DE 32]; defendants motion in limine [DE 54]; and plaintiff's motion in limine [DE 60] There is also a related motion to strike the plaintiff's memorandum in opposition to the defendant's motion to exclude expert testimony [DE 46]. On June 21, 2013, Magistrate Judge Webb denied the parties' motion to set this matter for trial. Currently, there is no trial date scheduled in this matter and a pre-trial conference has not been held. Therefore, these pre-trial motions have been submitted prematurely and will not be considered by the Court at this time. As such, the above-listed motions are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

This the __1__ day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1