IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-289-BO

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY as subrogee of CHRISTOPHER TAYLOR, | ) ) ) ) | |
| Plaintiff, | ) ) ) | **MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| LOUISIANA PACIFIC CORPORATION, | ) ) | |
| Defendant. | ) ) | |

Defendant Louisiana Pacific Corporation ("LP") submits this memorandum in opposition to Plaintiff's Motion Requesting Judicial Settlement Conference.

On October 9, 2012, the parties participated in required mediation before Ron Perkinson. Mediation quickly resulted in an impasse. While it participated in good faith, from Defendant's perspective, the nature of this case bars pre-trial settlement.

Plaintiff has brought a subrogation claim in which it seeks to hold Defendant – a manufacturer of building materials- liable for Plaintiff's insured's losses resulting from a fire that originated in the insured's home when it was struck by lightning. Defendant strongly disputes the Plaintiff's claim that Defendant's roof sheathing was the cause of the fire and resulting losses to it's insured, as opposed to the undisputed fact that the home was struck by lightning immediately before the fire started. Defendant has previously participated in court ordered mediation which was not successful. Given the nature of the Plaintiff's claim and the fact that nothing learned in discovery provides any credible support for the Plaintiff's position, Defendant

opposes Plaintiff's request for a judicial settlement conference.  To do so would not result in judicial economy or efficiency, but will instead only serve to waste the time of Judge Webb, and further increase the time and expense to Defendant of having to defend itself against these unwarranted attempts by Plaintiff to make lightning related fires a subrogatable claim.  Defendant believes resolution of this case will result from either the granting of its *Daubert* motion on file, or trial.

For the foregoing reasons, Defendant respectfully requests that Plaintiff's Motion Requesting Judicial Settlement Conference be denied.

This the 14th day of January, 2014.

                                      LOUISIANA-PACIFIC CORPORATION

By: /s/ L. Neal Ellis, Jr.
L. Neal Ellis, Jr.
NC State Bar No. 12719
ellis@ellisparkerlaw.com

/s/ Nathaniel C. Parker
Nathaniel C. Parker
NC State Bar No. 34145
nparker@ellisparkerlaw.com
Ellis & Parker PLLC
853 Durham Road, Suite C
Wake Forest, NC  27587
919 636 1559

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-289-BO

| | |
|---|---|
| STATE FARM AND CASUALTY ) | |
| COMPANY as subrogee of ) | |
| CHRISTOPHER TAYLOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| LOUISIANA PACIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I hereby certify that on the 10th day of January, 2014, I electronically filed the foregoing Memorandum in Opposition to Plaintiff's Motion to Compel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      L. Skye MacLeod, skye@ncsubrogation.com
      Patrick M. Anders, patrickmanders@gmail.com

This the 14th day of January, 2014.

                            LOUISIANA PACIFIC CORPORATION

                By:    /s/ Nathaniel C. Parker
                            Nathaniel C. Parker
                            Attorney for Defendant
                            NC State Bar No. 34145
                            Ellis & Parker PLLC
                            853 Durham Road, Suite C
                            Wake Forest, NC 27587
                            919 636 1559
                            nparker@ellisparkerlaw.com